1 | PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN # 128515)
2 | pgore@prattattorneys.com
1871 The Alameda
3 | Suite 425
San Jose, CA 95126
4 | Telephone: 408.369.0800

5 | (Co-counsel listed on signature page)

6 | *Attorneys for Plaintiffs.*

7

McGUIREWOODS LLP
8 | A. Brooks Gresham (SBN # 155954)
bgresham@mcguirewoods.com
9 | 1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
10 | Telephone: 310.315.8200
Facsimile: 310.315.8210
11
Angela M. Spivey (admitted *pro hac vice*)
12 | aspivey@mcguirewoods.com
1230 Peachtree Street, NE
13 | Promenade, Suite 2100
Atlanta, GA 30309-3534
14 | Telephone: 404.443.5720
Facsimile: 404.443.5792
15
*Attorneys for Defendant ConAgra Foods, Inc.*
16

17
UNITED STATES DISTRICT COURT
18
NORTHERN DISTRICT OF CALIFORNIA
19

20

| | |
|---|---|
| MARY SWEARINGEN, *et al.*, | CASE NO. 3:13-CV-05322-SC |
| Plaintiffs, | The Hon. Samuel Conti<br>Dept. 1 |
| vs. | **JOINT STIPULATION ON BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER** |
| CONAGRA FOODS, INC., | |
| Defendant. | |

The parties, Mary Swearingen, Robert Figy, and Daniel Bates, individually and on behalf of all others similarly situated ("Plaintiffs"), and ConAgra Foods, Inc. ("ConAgra"), submit this Stipulation on Briefing Schedule pursuant to the Court's February 21, 2014, Minute Order. The parties have agreed to and propose the following briefing schedule for class certification.

**PROPOSED BRIEFING SCHEDULE**

| | |
|---|---|
| Motion for Class Certification: | Nov. 20, 2014 |
| Opposition to Motion for Class Certification | Feb. 5, 2015 |
| Reply in Support of Motion for Class Certification | Feb. 26, 2015 |
| Hearing on Class Certification | March 6, 2015 |

Dated:  October 13, 2014

/s/ A. Brooks Gresham
A. Brooks Gresham
Angela M. Spivey
R. Trent Taylor
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant ConAgra Foods, Inc.*

/s/ Richard R. Barrett
Ben F. Pierce Gore
1871 The Alameda, Suite 425
San Jose, CA  95126

Richard R. Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS  38655
*(Admitted Pro Hac Vice)*

*Attorneys for Plaintiffs*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 11/12/2014 — IT IS SO ORDERED — Judge Samuel Conti]