UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SWEARINGEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | Case No. 13-cv-05322-VC<br><br>**ORDER RE MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 32 |

    The Motion for Class Certification and Appointment of Class Representatives and Class Counsel is terminated based on this case being stayed pending the Ninth Circuit Court of Appeals' ruling in *Jones v. ConAgra Foods, Inc.* The plaintiff may refile the motion when the stay is lifted.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
VINCE CHHABRIA
United States District Judge