UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY SWEARINGEN, et al.,

    Plaintiffs,

v.

CONAGRA FOODS, INC.,

    Defendant.

Case No. 13-cv-05322-VC

**ORDER RE STATUS REPORT**

Re: Dkt. No. 40

In response to the parties' submission, the case remains stayed. The parties should ensure that a case management conference takes place within 4 weeks of the date the appeal is resolved in the Ninth Circuit. The parties are ordered to file an updated status report by no later than May 17, 2016.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
VINCE CHHABRIA
United States District Judge